IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMEL BROCKINGTON, | : | CIVIL NO. 3:CV-12-0482 |
| Plaintiff, | : | |
| | : | (Judge Mariani) |
| v. | : | |
| | : | |
| C.O. WISHENFSKY, et al., | : | |
| Defendants | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Plaintiff Jamel Brockington ("Plaintiff" or "Brockington"), an inmate presently confined at the State Correctional Institution Mahanoy ("SCI Mahanoy") in Frackville, Pennsylvania, initiated the above action pro se by filing a civil rights Complaint under the provisions of 42 U.S.C. § 1983. (Doc. 1.) The Complaint named eight (8) Defendants. By Memorandum and Order dated March 29, 2012, the Court provided an analysis of the screening of Brockington's Complaint under the provisions of 28 U.S.C. § 1915, and concluded that the Complaint failed to state a claim upon which relief may be granted, and therefore dismissed the Complaint under the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii). (Doc. 8.) However, we granted Brockington leave to file an amended complaint in accordance with our Memorandum within twenty-one (21) days, or by April 19, 2012. (Id.)

Following a request for an extension of time, which was granted, on May 4, 2012, Brockington filed an Amended Complaint. (Doc. 15.) The sole Defendant named by

Brockington in the Amended Complaint is SCI Mahanoy Corrections Officer Wishenfsky.

Service of the Amended Complaint on Defendant Wishenfsky will be directed.

**AND NOW,** to wit, this 10th day of **MAY, 2012,** it is hereby **ORDERED that** the United States Marshals Service shall serve the Amended Complaint (Doc. 15) on Defendant Wishenfsky..

Robert D. Mariani
United States District Judge