In the United States District Court
for the Middle District of Pennsylvania

Jamel Brockington,
          Plaintiff

v.

C.O. Wishenfsky
          Defendants

CIVIL NO. 3:CV-12-0482

(Judge Mariani)

FILED
SCRANTON
JUN 0 4 2012
PER _____
DEPUTY CLERK

Declaration for Entry of Default

Jamel Brockington, hereby declares:
I am the Plaintiff herein. The complaint herein was filed on the 4th day of ~~[struck]~~ May, 2012.

The Court files and record herein show that the Defendants were served by the United States marshal with a copy of the Plaintiff Amended Complaint on the 10th day of May, 2012.

More than 20 days have elapsed since the date on which the Defendants herein were served with a copy of Plaintiff Amended Complaint, excluding the date thereof.

The Defendant have failed to answer or otherwise defend as to Plaintiff Amended Complaint, or serve a copy of any answer or any defense which it might have had, upon affiant or any other Plaintiff herein.

1

Defendants are not in the military service and are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true and correct. Executed at SCI Mahanoy in Fackville, Pennsylvania on Date 6-1-12

Jamel Brockington

CC:

NAME Jamel Brockington
NUMBER SS785

301 MOREA ROAD
FRACKVILLE, PA 17932

INMATE MAIL

Office of the Clerk
Middle District of Pennsylvania
William J. Nealon Federal BLDG. & U.S. Courthouse
235 North Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148

Hasler
06/01/2012
US POSTAGE $00.45
ZIP 17932

RECEIVED
SCRANTON
JUN 04 2012
_____
        DEPUTY CLERK