IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMEL BROCKINGTON,                    :        CIVIL NO. 3:CV-12-0482
                          Plaintiff,  :
                                      :        (Judge Mariani)
          v.                          :
                                      :               **FILED**
C.O. WISHNEFSKY, et al.,              :               **SCRANTON**
                          Defendant   :
                                               OCT 1 9 2012
                                      _____
                 ORDER                PER _____
                                               DEPUTY CLERK

AND NOW, to wit, this *16th* day of OCTOBER, 2012, upon consideration of Plaintiff's

Second Motion requesting an additional thirty (30) day extension of time to file his brief in

opposition to the Motion to Dismiss Plaintiff's Complaint filed on behalf of Defendant

Wishnefsky, it is hereby **ORDERED** as follows:

    1.    Plaintiff's Second Motion for an Extension of Time (Doc. 31) is **GRANTED**.[1]

    2.    On or before **November 21, 2012**, Plaintiff shall file his brief in opposition to

Defendant's Motion to Dismiss (Doc. 26).

    3.    Plaintiff's failure to file his opposition brief within the required time will result in

          the

Court deeming the Motion to Dismiss unopposed and disposing of it on the merits.

_____

[1]Plaintiff explains that he requires an additional thirty (30) days beyond the current
October 22 deadline to file his opposition because his legal materials were confiscated and he
has limited access to the law library. We find that Plaintiff has demonstrated good cause to
warrant an additional extension of time, and therefore, we shall grant his Motion.

Robert D. Mariani
United States District Judge