OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: http://www.pamd.uscourts.gov



*MARY E. D'ANDREA*
*Clerk of Court*

*Divisional Offices:*

Harrisburg:    (717) 221-3920
Williamsport: (570) 323-6380

November 13, 2012

Jamel Brockington
JS-5785
SCI-Mahanoy
**SPECIAL MAIL - OPEN ONLY**
**THE PRESENCE OF THE INMATE**
301 Morea Road
Frackville, PA   17932

RE:   **Brockington v. Wishenfsky**
       **Civil Action No. 3:12-0482**

Dear Mr. Brockington:

I am responding to your November 5th letter to Judge Mariani regarding the above-captioned action.

Please be assured that Judge Mariani is sympathetic to the hardship you experience as an incident of your incarceration.   However, the Court is unable to take any action on the basis of a letter.  Personal correspondence to the Judge or other court officials will not have an effect on your case one way or the other.

Please submit any future requests for relief in the form of a formal motion appropriately filed with the Clerk of Court and served on counsel for any opposing parties, rather than in correspondence to the Judge presiding in your case.

Please be advised that this office is unable to provide legal advice to individuals on how to proceed with a lawsuit.

Sincerely,

Laura Potoeski
Generalist/Deputy Clerk