In the United States District Court
for the Middle District of Pennsylvania

| | |
|---|---|
| Jamel Brockington<br>Plaintiff | Civil No. 3:CV-12-0482 |
| V. | |
| C.O. Wishnefsky<br>Defendant | (Judge Mariani) |

FILED
SCRANTON
NOV 21 2012
PER _____
DEPUTY CLERK

## Notice of Dismissal.

I am asking for my actions to be Dismissed without Prejudice and I be able to Refile my claims at a later date as long as I do not miss the statue of limitations. I'm asking this because all of my legal Documents was confiscated from me for no reason and wasn't returned to me. All of my legal Documents was confiscated on 9-28-12. I've sent a copie of the confiscated items receipt when I asked for a enlargement of time to file my opposition to Defendants motion to Dismiss my complaint on 10-13-12 — all the paper work that was confiscated from me on 9-28-12 and wasn't returned was everything I had to keep moving forward in this civil action — I have nothing so I can even file a motion of opposition to the Defendants motion to Dismiss and I'm having a very big problem with spelling reading and understanding. These staff here at Mahanoy I've Done all they can to stop me from moving forward in this civil action. — They won't let me get in this Law Library with people that's willing to help me read write spell and file paper work — I've wrote a grievance grievance 434576 about staff confiscating all of my legal Documents that have everything to Do with this civil action and not returning them — I'm having a whole of problems here at Mahanoy Because these people want me to not be heard in a court room Because they done wrong ngt me and they have and will Do any thing they have to to stop me from moving forward in this civil action. Since I've filed my last motion for more time to file a opposition to the Defendants motion to Dismiss my complaint I've been trying to get some of the Documents these people took

from me for these reasons people have file — But I haven't received nothing — I Don't have no help in This situation I'm in at This very moment against These people at mahanoy — They Do what ever They want when ever They want how ever They want — who's going to stop Them — it's clear I can't — I Came to The Courts looking for help — Im being real when I say This — if The Courts don't let me refile my Claims at a later Date as long as I Don't miss The statue of limitations — I DiDin lose — and mahanoy DiDin win — They cheated as They always Do — I still want to fight my Civil actions against the Defendant — But as of right now These people took all of my Documents That would have showed I was assault — so its in posible for me to move forward in This Civil action without my Documents That will Prove my Claims — Please Can I Refile my Claims at a later Date as long as I Don't miss The statute of Limitations to refile my Claims —

Jamel Brocking
Plaintiff
Date 11-19-12

