

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: http://www.pamd.uscourts.gov*

*MARY E. D'ANDREA*
*Clerk of Court*

*Divisional Offices:*

*Harrisburg:    (717) 221-3920*
*Williamsport: (570) 323-6380*

April 15, 2013

Jamel Brockington
JS-5785
SCI-Fayette
**SPECIAL MAIL - OPEN ONLY**
**THE PRESENCE OF THE INMATE**
Box 9999
LaBelle, PA 15450

        RE:    **Brockington v. Wishenfsky**
                **Civil Action No. 3:12-0482**

Dear Mr. Brockington:

    This is in response to your recent correspondence to the Court regarding obtaining copies of the documents in the action referenced above.  I am attaching a courtesy copy of the docket in the above-captioned matter and have indicated in red the number of pages of each document.  I have also included a total number of pages and a total cost for each entire file.  Please review the dockets to determine which documents you would like to receive.  Copies of an electronic document are available to the public at a cost of $.10 per page.

    Upon receipt of your check or money order payable to the Clerk of Court, we will forward the copies to you.  Please refer to your case number on all correspondence and indicate that the payment is for copies.

                                  Sincerely,

                                  Laura Potoeski
                                  Generalist/Deputy Clerk

Encls.